**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Donald W. Harwood, | No. CV-04-2677-PHX-DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| Avalon Care Center-Chandler, LLC, | |
| Defendant. | |

On August 11, 2006, the Court granted Defendant Avalon Care Center-Chandler, LLC's motion for summary judgment. Dkt. #40. Defendant has now filed a Motion for Attorneys' Fees and Costs. Dkt. #42.

The Supreme Court has held that a prevailing Defendant in a Title VII case may recover attorneys' fees and costs only if the plaintiff's claim was frivolous, unreasonable, or groundless, or the plaintiff continued to litigate after his complaint clearly became so. *Christianburg Garment Co. v. EEOC*, 434 U.S. 412, 422 (1978). Defendant notes that Plaintiff, after filing this lawsuit, took virtually no action to litigate it. Plaintiff filed an initial disclosure statement, but conducted no discovery and even failed to attend the one deposition noticed by Defendant. In response to Defendant's motion for summary judgment, Plaintiff presented insufficient evidence to support his claim, responding largely with conclusory denials. *See* Dkt. #40.

Although these facts make clear that Plaintiff's counsel did not litigate the case vigorously or thoroughly, the Court cannot conclude that this was due to Plaintiff or

weakness in his claim. The Supreme Court has cautioned that "assessing attorney's fees against plaintiffs simply because they do not finally prevail would substantially add to the risks inhering in most litigation and would undercut the efforts of Congress to promote the vigorous enforcement of the provisions of Title VII." *Id*. Because the Court cannot conclude that Plaintiff's claim was frivolous, unreasonable, or groundless, Defendant's motion will be denied.

**IT IS ORDERED:**

1. Defendant's Motion for Attorneys' Fees and Costs (Dkt. #42) is **denied**.
2. Defendant's Motion to Strike (Dkt. #57) is **denied** as moot. The Court did not consider Plaintiff's supplemental filing in resolving the request for attorneys' fees and costs.

DATED this 27th day of November, 2006.

_____
David G. Campbell
United States District Judge